IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FAKERIA PHILLIPS, :
:
    Petitioner :
: CIVIL ACTION NO. 3:15-CV-1652
v. :
: (Judge Caputo)
DAVID J. EBBERT, :
:
    Respondent :

O R D E R

AND NOW, this 20th day of **JULY**, **2018**, in accordance with the accompanying memorandum, it is **ORDERED** that:

1. Mr. Phillips' Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 is **DISMISSED** as moot; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                                 /s/ A. Richard Caputo
                                               **A. RICHARD CAPUTO**
                                               **United States District Judge**